**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CARRIE DOUGLAS,<br>JOSHUA J. DAVIES,<br><br>           Plaintiffs,<br><br>   vs.<br><br>ARAMARK, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)   No. 1:09-cv-000912-LJM-TAB<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is dismissed pursuant to 28 U.S.C. § 1915A(b). The plaintiffs' claim under the Fair Labor Standards Act is dismissed with prejudice, and the claim of plaintiff Davies based upon a prison disciplinary proceeding is dismissed without prejudice.

Date:  12/02/2009

Laura Briggs, Clerk
United States District Court

*[signature]*
By: Deputy Clerk

*[signature]*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Matthew James Schafer
DREWRY SIMMONS VORNEHM, LLP
mschafer@drewrysimmons.com

CARRIE DOUGLAS
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. BOX 1111
CARLISLE, IN 47838-1111

JOSHUA JAMES DAVIES
998790
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. BOX 1111
CARLISLE, IN 47838-1111